**J. PATRICK McCARTHY**
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA    95814
(916) 442-1932

Attorney for Hiep Lien

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR S –03-103-FCD

                        Plaintiff,

                vs.                                **ORDER**

HIEP LIEN,

_____ Defendant. /

IT IS HEREBY ORDERED:

        Pursuant to the stipulation entered between the parties on June 1, 2005 and

GOOD CAUSE APPEARING, the judgment and sentencing  hearing in this matter is continued

To July 11, 2005 at 9:30 a.m.

Dated: June 2, 2005

                                /s/ Frank C. Damrell Jr._____
                                FRANK C. DAMRELL, JR.
                                U.S. DISTRICT COURT JUDGE